# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00637-CV

### Denis G. Engel, Appellant

### v.

### Darren A. Peterson, Individually and Derivatively on Behalf of Finley's Barber Shop, Inc., Finley's Barber Shop of Westlake, Inc., Finley's Barber Shop I, LLC, Finley's Barber Shop II, LLC, and Finley's Holdings, LLC, Appellee

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-000706, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Denis G. Engel has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____
Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellant's Motion

Filed: February 8, 2019